UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
JESSICA CARRIERO,

               Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
--------------------------------------------------------------X

Civil Action No.:
1:25-CV-10714-ALC

## ORDER

AND, NOW, this ___ day of March, 2026, Plaintiff's motion for an extension of time is

GRANTED. The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by May 29, 2026;

- Defendant's brief will be filed on, or before, July 28, 2026;

- Plaintiff's reply, if any, is due August 11, 2026.
-

_____

ANDREW L. CARTER, JR.
United States District Judge


4/3/26