UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
JESSICA CARREIRO,

Plaintiff,

vs.

Civil Action No.:
1:25-CV-10714-ALC

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
----------------------------------------------------------X

**ORDER**

AND, NOW, this 6th day of July, 2026, Plaintiff's motion is GRANTED. Plaintiff's brief is timely filed as of July 6, 2026. Defendant's brief is due September 4, 2026 and Plaintiff's reply, if any, is due September 18, 2026.

Andrew L. Carter, Jr.
United States District Court Judge

7/6/26